# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-7050**                                                                                     **September Term, 2024**

**1:17-cv-02194-APM**

**Filed On:** September 24, 2024

Jose T. Vasquez,

      Appellant

    v.

District of Columbia and Ruben Agosto,
Officer; Individually and in his capacity as an
employee of the District of Columbia.,

      Appellees

### O R D E R

      Pursuant to D.C. Cir. Rule 47.1(f)(1), the parties are directed to show cause by October 24, 2024 why the sealed portions of the record of this case (including briefs and appendices) should not be unsealed. With respect to material which must remain under seal pursuant to statute or rule, see, e.g., Fed. R. Crim. P. 6(e) (rule of secrecy governing grand jury proceedings), the parties may discharge their obligation by identifying the applicable provision and the sealed material to which the provision applies. For any other sealed portion of the record that the parties believe should not be unsealed, the parties should specifically identify the sealed material and provide a specific explanation for why the material should remain sealed. The parties are strongly encouraged to submit a joint response. Any response to the order to show cause may not exceed the length limitations established by Fed. R. App. P. 27(d)(2).

      Counsel are reminded of their obligation to "promptly notify the Court when it is no longer necessary to maintain the record or portions of the record under seal." D.C. Cir. Rule 47.1(f)(4).

                                             **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                              BY:    /s/
                                      Daniel J. Reidy
                                      Deputy Clerk